# **CERTIFICATION**

RE: Aldo Ortega
    M27539
    17-1091-MJR

    I, _____, hereby certify that
       (Name and Title of Authorized Officer - please print)

Aldo Ortega currently has the sum of $_____ on account at Robinson Correctional Center.

                                         _____
                                             Signature of Authorized Officer

Dated: _____

**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**

**Please mail the statement and this completed form to:**
Clerk of Court
United States District Court
Southern District of Illinois
P.O. Box 249
East St. Louis, IL 62201